**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**CIVIL ACTION NO. _____**
*Electronically Filed*

DANNY HUDSON                                                              PLAINTIFF


v.


CREDENCE RESOURCE MANAGEMENT, LLC                        DEFENDANT


**NOTICE OF REMOVAL**

Defendant, Credence Resource Management, LLC. ("CRM"), hereby removes from the 34th Judicial Circuit, Whitley Circuit Court, Commonwealth of Kentucky, the following described lawsuit and respectfully states as follows:

1.      CRM is the only defendant in a civil action filed by plaintiff, Danny Hudson, in the 34th Judicial Circuit, Whitley Circuit Court, Commonwealth of Kentucky, captioned as *Danny Hudson v. Credence Resource Management, LLC.*, Case No. 15-CI-598 (hereinafter the "State Court Action").

2.      Pursuant to 28 U.S.C. §§ 1441 and 1446, CRM removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3.      The complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims which must be brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the Consumer Credit Protection Act ("CCPA"), 15 U.S.C. Chapter 41.

4.      Removal of the State Court Action is proper under 28 U.S.C. § 1441.  If the action had originally been brought in this Court, this Court would have original, federal question

1

jurisdiction over plaintiff's FDCPA and CCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k.

5. CRM was served with summons and the State Court Action Complaint on November 9, 2015. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by CRM and is therefore timely filed under 28 U.S.C. § 1446(b).

6. A copy of all process, pleadings and orders served upon CRM in the State Court Action is being filed with this Notice and is attached hereto as **Exhibit 1**.

**WHEREFORE**, Credence Resource Management, LLC, removes the case styled *Danny Hudson v. Credence Resource Management, LLC*, Case No. 15-CI-598, from the 34th Judicial Circuit, Whitley Circuit Court, Commonwealth of Kentucky, on this 7th day of December, 2015.

Respectfully Submitted,

**REMINGER CO., L.P.A.**

/s/    Shea W. Conley
Shea Conley, Esq.
Lauren D. Lunsford, Esq.
333 West Vine Street, Suite 1670
Lexington, Kentucky  40507
Telephone: (859) 233-1311
Facsimile:  (859) 233-1312
Email: sconley@reminger.com
        llunsford@reminger.com
*Attorneys for Defendant,*
*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2015 a copy of the foregoing was served electronically via the CM/ECF system which will send a notice of electronic filing to all counsel of record.

This is to further certify that on this date a true and correct copy of the foregoing Notice of Removal was sent to the following via e-mail and regular U.S. Mail, postage pre-paid:

Hon. Zachary L. Taylor
Law Office of Zachary L. Taylor
9900 Corporate Campus Drive, Suite 3000
Louisville, KY  40223

/s/    Shea W. Conley
Shea W. Conley
Lauren D. Lunsford