**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
*Electronically Filed*

DANNY HUDSON,

       Plaintiff,

                                      Case No. 6:15-cv-00220-KKC

v.

CREDENCE RESOURCE MANAGEMENT, LLC.

       Defendant.

                                      /

## **NOTICE OF SETTLEMENT**

      Plaintiff, Danny Hudson, and Defendant, Credence Resource Management, Inc., have reached a settlement agreement in this action and are now finalizing settlement documentation. The Parties will file an agreed order of dismissal with the Court upon completion of settlement.

                                      Respectfully Submitted,

                                      **REMINGER CO., L.P.A.**

                                      /s/    Shea W. Conley
                                      Shea Conley, Esq.
                                      Lauren D. Lunsford, Esq.
                                      333 West Vine Street, Suite 1670
                                      Lexington, Kentucky  40507
                                      Telephone: (859) 233-1311
                                      Facsimile:  (859) 233-1312
                                      Email: sconley@reminger.com
                                                  llunsford@reminger.com
                                      *Counsel for Defendant,*
                                      *Credence Resource Management, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

      /s/    Shea W. Conley
      Shea W. Conley
      Lauren D. Lunsford